ELIZABETH LOUBET *v.* ALBERT E. LOUBET

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Kenneth Garfunkel,* for the appellee (plaintiff).

*Stephen M. Schaffer,* for the appellant (defendant).

Argued October 4—decided October 7, 1966

JOHNSTON JEWELS, LTD. *v.* JEAN E. LEONARD ET AL.

The motion by the defendant Gladys L. Isacs, Executrix, to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Adrian W. Maher,* for the appellee (defendant Gladys L. Isacs, executrix).

*Kenneth Garfunkel,* for the appellant (plaintiff).

Argued October 4—decided October 11, 1966

THE SECOND NATIONAL BANK OF NEW HAVEN
*v.* RALPH DEPONTE ET AL.

The motion by the plaintiff to dismiss the appeal in the Superior Court in New Haven County is granted.

*Morris Berkowitz,* for the appellee (plaintiff).

*Sheldon D. Hosen,* for the appellant (defendant Dominic A. DePonte).

Argued October 4—decided October 14, 1966